IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE MILES,<br><br>    Appellant,<br><br>  v.<br><br>ROYCE MAKISHIMA, et al.,<br><br>    Appellees.<br>_____ / | No. C-08-4375 MMC<br><br>**ORDER DENYING APPELLANT'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION; DENYING APPELLANT'S OBJECTION, REQUEST FOR LEAVE TO AMEND CORRECTED REQUEST FOR DIRECT APPEAL CERTIFICATION AND FOR HEARING** |

Before the Court are appellant Grace Miles's ("Miles") "Motion for Leave to File a Motion for Reconsideration," filed November 5, 2008, and Miles's "Objection, Request for Leave to Amend Corrected Request for Direct Appeal Certification and for Hearing," filed November 7, 2008.  The Court construes both filings as requests for leave to file a motion for reconsideration of the Court's Order Denying Appellant's Corrected Request for Direct Appeal Certification, filed October 22, 2008.

So construed, the requests are hereby DENIED, for the reason that each request fails to comply with Civil Local Rule 7-9.

**IT IS SO ORDERED.**

Dated: November 14, 2008

　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　United States District Judge