IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE MILES, | No. C-08-4375 MMC |
|     Appellant, | **ORDER DENYING APPELLANT'S EX PARTE COMPLAINT/MOTION FOR RESTRAINING/INJUNCTION ORDER** |
|   v. | |
| ROYCE LEE MAKISHIMA, et al., | |
|     Appellees. | |

Before the Court is appellant Grace Miles's ("Miles") "Ex Parte Complaint/Motion for Restraining/Injunction Order," filed March 16, 2009.  Having read and considered the Complaint/Motion, the Court hereby DENIES the Complaint/Motion, for the reason that the relief sought therein bears no relation to the instant action, which is an appeal of a decision of an order of the United States Bankruptcy Court.

**IT IS SO ORDERED.**

Dated: March 24, 2009

                                          MAXINE M. CHESNEY
                                          United States District Judge