IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GRACE MILES,

        Appellant,

  v.

ROYCE LEE MAKISHIMA, et al.,

        Appellees.
_____/

No. C-08-4375 MMC

**ORDER GRANTING APPELLANT'S REQUEST FOR EXTENSION OF TIME**

      Before the Court is appellant Grace Miles's ("Miles") request, filed April 24, 2009, for a 10-day extension of the deadline for the filing of her opening brief in the above-titled action. The Court, by order filed March 24, 2009, informed Miles that no further extensions would be granted. (See Order filed Mar. 24, 2009 at 2.) Nevertheless, in light of appellees' request, made in Case Number 08-4091, that the extension sought by Miles in that related action be granted (see Response at 2:12), the Court will afford Miles a further 10-day extension herein as well.

      Accordingly, Miles's request is hereby GRANTED. Miles shall serve and file her opening brief no later than May 15, 2009.

      **IT IS SO ORDERED.**

Dated: May 1, 2009

                                              MAXINE M. CHESNEY
                                              United States District Judge