IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GRACE MILES,

    Appellant,

v.

ROYCE LEE MAKISHIMA, et al.,

    Appellees.
                                     /

No. C-08-4375 MMC

**ORDER DENYING APPELLANT'S REQUEST FOR RELIEF; DISMISSING ACTION**

    Before the Court is appellant Grace Miles's ("Miles") "Request for Relief," filed May 15, 2009, by which Miles requests an extension of the May 15, 2009 deadline to file her opening brief in the above-titled action. The instant request represents Miles's fourth request for an extension of such deadline, which deadline was originally November 6, 2008.

    In support of the instant request, Miles states she has a heart condition and that her "symptoms [are] much worsened." (See Miles Decl. ¶ 4.) Miles further states she is "working diligently" to obtain counsel but "[has] yet to secure . . . help" (see id. ¶ 7) and that she is being "stalked" and "harassed" by appellees (see id. ¶ 9). Miles has relied repeatedly on these same grounds as the bases for her requests for extensions. (See filings of February 17, 2009, and April 24, 2009.)[1] Nothing in the record, however, suggests

---

[1] In her filing of December 5, 2008, Miles's request for an extension was based solely on her pro se status. (See filing of December 5, 2008.)

1  Miles is likely to succeed in her quest for counsel or that her health problems will soon
2  improve, and, indeed, Miles has made no additional showing in that regard in the weeks
3  following the instant request.  Nor has Miles shown that any alleged "stalking" or
4  "harassment" constituted anything more than a few incidences of what would appear to be
5  ordinary activities.  Further, the Court notes that Miles's problems have not prevented her
6  from preparing 22 motions, requests, objections, and other filings in the instant action, all
7  prior to the filing of her opening brief.  In sum, in light of the additional six and a half months
8  Miles was afforded in which to prepare her opening brief, the above-referenced statements
9  on which she relies fail to constitute good cause for a further extension.

10         Accordingly, Miles's request is hereby DENIED, and the above-titled action is hereby
11 DISMISSED for failure to prosecute.

12         **IT IS SO ORDERED.**

14 Dated: July 10, 2009

_____
MAXINE M. CHESNEY
United States District Judge